## COLEMAN & DAVIS V. ELLIOTT.

*Bill to Restrain Trespass.*

(Decided April 20th, 1906. 40 So. Rep. 666.)

APPEAL from Geneva Chancery Court.

Heard before HON. W. L. PARKS.

C. E. CARMICHAEL, for appellant.

W. O. MULKEY, for appellee.

Affirmed.

Opinion by HARALSON, J.

WEAKLEY, C. J., and DOWDELL and DENSON, JJ., concur.

---

## WATSON V. SCARBOROUGH.

*Unlawful Detainer.*

(Decided Jan. 30th, 1906. 40 So. Rep. 678.)

APPEAL from Anniston City Court.

Heard before HON. T. W. COLEMAN, JR.

J. J. WILLETT, for appellant.

KNOX, ACKER & BLACKBURN, for appellee.

Affirmed.

Opinion by SIMPSON, J.

WEAKLEY, C. J., and TYSON and ANDERSON, JJ., concur.

---

## PETERMAN V. HENDERSON.

*Trover.*

(Decided April 28th, 1906. 40 So. Rep. 756.)

APPEAL from Houston Circuit Court.

Heard before HON. H. A. PEARCE.

REID & HILL, for appellant.

R. H. WALKER, for appellee.

Affirmed.

Opinion by DENSON, J.

HARALSON, DOWDELL and ANDERSON, JJ., concur.